# Exhibit 1 – State Court Docket Sheet

Skip to Main Content Logout My Account Search Menu New District Civil/Criminal Search Refine Search  Back     Location : District Court Civil/Criminal   Help

# REGISTER OF ACTIONS
## CASE NO. A-25-912185-C

| | |
|---|---|
| Dvina White, Plaintiff(s) vs. Lasko Products LLC, Defendant(s) | Case Type: **Product Liability** |
| | Date Filed: **02/07/2025** |
| | Location: **Department 14** |
| | Cross-Reference Case Number: **A912185** |

---

### PARTY INFORMATION

| | | Lead Attorneys |
|---|---|---|
| **Defendant** | **Amazon.Com Services LLC** | |
| **Defendant** | **Lasko Products LLC** | |
| **Plaintiff** | **White, Dvina** | Sagar R. Raich<br>*Retained*<br>702-758-4240(W) |

---

### EVENTS & ORDERS OF THE COURT

**OTHER EVENTS AND HEARINGS**

| | | |
|---|---|---|
| 02/07/2025 | **Complaint        Doc ID# 1** | |
| | [1] Complaint | |
| 02/07/2025 | **Summons Electronically Issued - Service Pending        Doc ID# 2** | |
| | [2] Summons - Lasko | |
| 02/07/2025 | **Summons Electronically Issued - Service Pending        Doc ID# 3** | |
| | [3] Summons - Amazon | |
| 02/14/2025 | **Clerk's Notice of Nonconforming Document        Doc ID# 4** | |
| | [4] Clerk's Notice of Nonconforming Document | |
| 02/14/2025 | **Clerk's Notice of Nonconforming Document and Curative Action        Doc ID# 5** | |
| | [5] Clerk's Notice of Nonconforming Document and Curative Action | |

---

### FINANCIAL INFORMATION

| | | | |
|---|---|---|---|
| | **Plaintiff** White, Dvina | | |
| | Total Financial Assessment | | 270.00 |
| | Total Payments and Credits | | 270.00 |
| | **Balance Due as of 02/27/2025** | | **0.00** |
| | | | |
| 02/12/2025 | Transaction Assessment | | 270.00 |
| 02/12/2025 | Efile Payment        Receipt # 2025-11359-CCCLK | White, Dvina | (270.00) |