# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

| | |
|---|---|
| DVINA WHITE, | Case No.: 2:25-cv-00374-APG-BNW |
| Plaintiff | **Order Striking Certificate of Interested Parties** |
| v. | |
| LASKO PRODUCTS LLC and AMAZON.COM SERVICES LLC, | |
| Defendants | |

I ORDER that plaintiff Dvina White's certificate of interested parties (ECF No. 10) is STRICKEN for failure to comply with Federal Rule of Civil Procedure 7.1(a)(2). The certificate does not identify the plaintiff's citizenship as required by the amendment to that rule.

I FURTHER ORDER the plaintiff to file a proper certificate of interested parties by March 27, 2025.

DATED this 13th day of March, 2025.

ANDREW P. GORDON
CHIEF UNITED STATES DISTRICT JUDGE