KAEMPFER CROWELL
Raleigh C. Thompson, No. 11296
Ryan M. Lower, No. 9108
1980 Festival Plaza Drive, Suite 650
Las Vegas, Nevada 89135
Telephone: (702) 792-7000
Facsimile: (702) 796-7181
Email: rthompson@kcnvlaw.com
Email: rlower@kcnvlaw.com

Attorneys for Defendant
Amazon.com Services LLC

UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| DVINA WHITE, an individual,<br><br>Plaintiff,<br><br>vs.<br><br>LASKO PRODUCTS LLC, a Delaware limited liability company; AMAZON.COM SERVICES LLC, a Delaware limited liability company; DOE MANAGER I of AMAZON.COM SERVICES LLC; DOES I through X, inclusive; DOE Managers II-X, inclusive; and ROE Business Entities I through X, inclusive,<br><br>Defendants. | Case No. 2:25-cv-00374-APG-BNW<br><br>**STIPULATION AND ORDER TO EXTEND DEADLINE**<br>**(First Request)** |

Plaintiff Dvina White ("Plaintiff") and defendant Amazon.com Services LLC ("Amazon") stipulate to a 30-day extension of the deadline, up to and including April 11, 2025, for Amazon to file a response to Plaintiff's Complaint in this action. This is the first requested extension of this deadline. There is good cause for the extension to allow Amazon to perform due diligence concerning the product at issue in this case and the allegations against Amazon before filing a response. To

the extent excusable neglect is required under LR IA 6-1, excusable neglect exists because, although Amazon and Plaintiff had agreed to an extension for Amazon to respond to Plaintiff's Complaint filed in Nevada state court, Amazon was not aware this case had been removed to this court until March 12, 2025.

Submitted by:

| KAEMPFER CROWELL | RAICH LAW PLLC |
|---|---|
| *(signature)* | */s/ Sagar Raich* |
| Raleigh C. Thompson, No. 11296<br>Ryan M. Lower, No. 9108<br>1980 Festival Plaza Drive, Suite 650<br>Las Vegas, Nevada 89135 | Sagar Raich, No. 13229<br>Brian Schneider, No. 15458<br>2280 E. Pama Lane<br>Las Vegas, Nevada 89119 |
| Attorneys for Defendant<br>Amazon.com Services LLC | Attorneys for Plaintiff |

## ORDER

IT IS SO ORDERED that Amazon's deadline to respond to the complaint is April 11, 2025.

_____
UNITED STATES MAGISTRATE JUDGE

DATED: March 20, 2025