KAEMPFER CROWELL
Raleigh C. Thompson, No. 11296
Ryan M. Lower, No. 9108
1980 Festival Plaza Drive, Suite 650
Las Vegas, Nevada 89135
Telephone: (702) 792-7000
Facsimile: (702) 796-7181
Email: rthompson@kcnvlaw.com
Email: rlower@kcnvlaw.com

MORRISON FOERSTER
M. Ray Hartman III *(pro hac vice)*
12531 High Bluff Drive
San Diego, California 92130
Email: rhartman@mofo.com

Attorneys for Defendant
Amazon.com Services LLC

UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| DVINA WHITE, an individual,<br><br>Plaintiff,<br><br>vs.<br><br>LASKO PRODUCTS LLC, a Delaware limited liability company; AMAZON.COM SERVICES LLC, a Delaware limited liability company; DOE MANAGER I of AMAZON.COM SERVICES LLC; DOES I through X, inclusive; DOE Managers II-X, inclusive; and ROE Business Entities I through X, inclusive,<br><br>Defendants. | Case No. 2:25-cv-00374-APG-BNW<br><br>**NOTICE OF DISASSOCIATION OF PRO HAC VICE ATTORNEY AND REQUEST TO REMOVE FROM ELECTRONIC SERVICE LIST** |

KAEMPFER
CROWELL

Page 1 of 3

PLEASE TAKE NOTICE that pro hac vice attorney Madeline Gootman of Perkins Coie LLP is no longer representing defendant Amazon.com Services LLC ("Amazon") in this matter and may be removed from the service list for this case. Raleigh C. Thompson and Ryan M. Lower of Kaempfer Crowell, as well as pro hac vice attorney M. Ray Hartman III of Morrison Foerster, remain as counsel for Amazon in this matter.

KAEMPFER CROWELL

Raleigh C. Thompson, No. 11296
Ryan M. Lower, No. 9108
1980 Festival Plaza Drive, Suite 650
Las Vegas, Nevada 89135

MORRISON FOERSTER
M. Ray Hartman III *(pro hac vice)*
12531 High Bluff Drive
San Diego, California 92130

Attorneys for Defendant
Amazon.com Services LLC

**ORDER**

IT IS SO ORDERED.

UNITED STATES MAGISTRATE JUDGE

DATED:  February 23, 2026

**CERTIFICATE OF SERVICE**

Pursuant to Fed. R. Civ. P. 5(b), I certify that service of **NOTICE OF DISASSOCIATION OF PRO HAC VICE ATTORNEY AND REQUEST TO REMOVE FROM ELECTRONIC SERVICE LIST** was made on today's date by submitting electronically filing and service with the United States District Court for the District of Nevada through the PACER Electronic Filing System and/or by e-mail to the addressee(s) shown below:

RAICH LAW PLLC
Sagar Raich
Brian Schneider
2280 E. Pama Lane
Las Vegas, Nevada 89119
sraich@raichattorneys.com
bschneider@raichattorneys.com

Attorneys for Plaintiff

BRYAN CAVE LEIGHTON PAISNER LLP
Sean K. McElenney
Two North Central Avenue, Suite 2100
Phoenix, AZ 85004-4406
sean.mcelenney@bclplaw.com

  *AND*

Richard P. Cassetta (pro hac vice)
211 N. Broadway
St. Louis, MO 63102
richard.cassetta@bclplaw.com

Attorneys for Defendant Lasko Products LLC

Aaron D. Ford
Athanasia E. Dalacas
Office of the Attorney General
1 State of Nevada Way, Suite 100
Las Vegas, Nevada 89119
adalacas@ag.nv.gov

Attorneys for State of Nevada, Dept. of Health and Human Services, Div. of Health Care Financing & Policy

DATED: February 20, 2026

*/s/ Morganne Westover*
An employee of Kaempfer Crowell

KAEMPFER
CROWELL

Page 3 of 3